# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANICE JOHNSON

VERSUS

VERONICA PARKER AND
LABORATORY CORPORATION OF
AMERICA HOLDINGS

NO.   2026 CW 0183

**MAY 4, 2026**

---

In Re:   Veronica Parker and Laboratory Corporation of America
Holdings, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 761003.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the trial court's
January 13, 2026 judgment which granted Plaintiff's motion to
compel in part and ordered Defendants, Veronica Parker and
Laboratory Corporation of America Holdings, to produce the
recorded statement given by Veronica Parker is vacated. This matter
is remanded to the trial court with instructions to conduct an *in
camera* inspection of Defendant Parker's recorded statement to
determine whether it was prepared in anticipation of litigation
and is thereby excluded from production. La. Code Civ. P. art.
1424(A).

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT